UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 1:21-cr-00067-MTS |
| | ) |
| SHANESHA BURNS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon pro se defendant Shanesha Burns' Motion requesting jail time credit, Doc. [445]. Defendant claims the Bureau of Prisons' (BOP) computation system did not credit her for time served while awaiting sentencing. Doc. [445]. The motion is denied without prejudice for lack of jurisdiction.

An inmate's claim seeking credit for time served or challenging sentence computation must be presented first to the Bureau of Prisons. *United States v. Pardue*, 363 F.3d 695, 699 (8th Cir. 2004). A habeas corpus action under 28 U.S.C. § 2241 is the proper way to challenge a BOP failure to credit a defendant for time served or a sentence computation error, but such an action can be brought only after administrative remedies have been exhausted by presenting the claim to the BOP. *United States v. Chappel*, 208 F.3d 1069, 1069 (8th Cir. 2000).

A prisoner challenging the execution of her sentence must bring her claim under 28 U.S.C. § 2241 "in the district where [s]he is incarcerated." *Methany v. Morris*, 307 F.3d 709, 711 (8th Cir. 2002). Defendant is presently incarcerated at FCI Aliceville, which is located within the Northern District of Alabama. Once administrative remedies have been exhausted, any § 2241 habeas action concerning credit for time served or sentence computation must be filed in the United States

District Court for the Northern District of Alabama. *See United States v. Ellingboe*, No. 4:22-cr-00005-RLW, 2024 WL 1833542, at *1 (E.D. Mo. Apr. 26, 2024); *United States v. Brown III*, 4:20-cr-00380-AGF, 2024 WL 4986969, at *2 (E.D. Mo. Dec. 5, 2024).[1]

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's pro se motion, Doc. [445], construed as a motion seeking jail time credit pursuant to § 2241, is denied without prejudice, for lack of jurisdiction.

Dated this 24th day of January, 2025

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

---

[1] A transfer would not be appropriate in this instance. *See* 28 U.S.C. 1631.